JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. JOSEPH HOSPITAL OF ORANGE; and ST. JUDE HOSPITAL dba ST. JUDE MEDICAL CENTER, | Case No:  8:20-cv-01967 JVS (KESx) |
| Plaintiffs, | **ORDER ON STIPULATION TO REMAND** |
| vs. | |
| FISHER PRINTING, INC.; and DOES 1 through 25, inclusive, | |
| Defendants. | |

## <u>ORDER</u>

On November 9, 2020, the appearing parties to the above referenced action filed a Stipulation to Remand Removed Action.  This case is remanded to the Orange County Superior Court.

IT IS SO ORDERED.

DATED: November 10, 2020

_James V. Selna_

James V. Selna
United States District Judge